AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No.    20-8034-2-MJ |
|  | ) |
| Zachary Salter | ) |
| *Defendant* |  |

FILED ___ LODGED
☒ RECEIVED ___ COPY

FEB 0 3 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Zachary Salter                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     X Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit wire fraud and money laundering in violation of 18 U.S.C. § 371


Date:   Jan. 29, 2020

*Issuing officer's signature*

City and state:   Phoenix, Arizona

John Z. Boyle, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/29/2020, and the person was arrested on *(date)* 1/30/2020
at *(city and state)* Paradise Valley, AZ

Date: 1/31/2020

by: [signature]
*Arresting officer's signature*
arrested by Secret Service

*Printed name and title*

RCVD JAN 29 20 2:49
US MARSHALS SERVICE AZ